**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
In The Court of Appeals

South Carolina Department of Social Services,
Respondent,

v.

Amanda B., Ollie L. B., Daniel H., Sr., and Allen B.,
Defendants,

Of whom Daniel H., Sr., is the Appellant.

In the interest of three minor children under the age of 18.

Appellate Case No. 2011-191347

Appeal From Lancaster County
Brian M. Gibbons, Family Court Judge

Unpublished Opinion No. 2012-UP-444
Submitted July 2, 2012 – Filed July 18, 2012

**AFFIRMED**

Rosalee Hix Davis, of White Rose Law, of York, and David Clayton Cook, of Cook Law Firm, LLC, of Lancaster, for Appellant.

Calvin Leon Goodwin, of the South Carolina Department of Social Services, of Winnsboro, for Respondent.

Coreen B. Khoury, of Folks Khoury & DeVenny, LLC, of Lancaster, for Guardian ad Litem.

───────────

**PER CURIAM:**  Daniel H., Sr., appeals the family court's final order terminating his parental rights to his minor children.  *See* S.C. Code Ann. § 63-7-2570 (2010).  Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex Parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing.  Accordingly, we affirm the family court's ruling.

**AFFIRMED.**[1]

**PIEPER, KONDUROS, and GEATHERS, JJ., concur.**

───────────

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.